UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60919-CIV-GOLD/McALILEY

YVONNE ASHBY, et al.,

    Plaintiffs,

v.

OCWEN LOAN SERVICING, LLC,

    Defendant.
_____/

ORDER FOLLOWING TELEPHONIC STATUS CONFERENCE; DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO APPEAR; CLOSING CASE

THIS CAUSE is before the Court following a telephonic status conference held on September 9, 2008. Pursuant to Federal Rule of Civil Procedure 41(2)(b), a court may dismiss an action where a party has failed to comply with a court order. Here, although proper notice of the hearing was served on Plaintiff's counsel at fingrassia@affirmativedefensegroup.com via the CM/ECF system, Plaintiff failed to appear at the status conference. This order is also being sent by mail to the address listed by Plaintiff's counsel for the Florida Bar.

Accordingly, it is hereby ORDERED AND ADJUDGED:

1. Plaintiff's Complaint [DE 1] is DISMISSED WITHOUT PREJUDICE for failure to appear at a properly noticed telephonic status conference.

2. All other pending motions are DENIED AS MOOT.

3. The Clerk of Court is directed to CLOSE this matter.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of September, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
Counsel of Record

From Chambers via U.S. Mail:
Frank J. Ingrassia
777 Brickell Ave., Suite 1210
Miami, FL 33131